**GOLDBERG SEGALLA LLP**
902 Carnegie Center, Suite 100
Princeton, New Jersey 08540-6530
(609) 986-1300
Fax: 609-986-1301
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>PROSOURCE PERFORMANCE PRODUCTS; VITAMIN SHOPPE, INC.; NETRITION, INC.; DPS NUTRITION; SUPPLEMENT CENTRAL; PURUS LABS, INC.; JOHN'S LONE STAR DISTRIBUTION, INC.; I'LLPUMPYOUUP.COM; A1 SUPPLEMENTS, INC.; WORLD CLASS NUTRITION; ALL STAR HEALTH; MUSCLE & STRENGTH, LLC; I-SUPPLEMENTS.COM; E-VITAMINS; SUPPZ INC.; LOCKOUT SUPPLEMENTS; SUPPLEMENTWAREHOUSE.COM, INC.; TF SUPPLEMENTS; FITRX.COM, INC.; VITACOST.COM; NUTRA HEALTH SUPPLY; and PLANETARY NUTRITION,<br><br>     Defendants. | Civil Action No.: 15-cv-2037 (FLW)(LHG)<br><br>**STIPULATION AND PROPOSED ORDER FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that Defendants may have additional time within which to answer or otherwise respond to Plaintiff's complaint, and that Defendants will answer or otherwise respond on or before June 2, 2015;

**WHEREAS**, the parties submit this application for an extension of time pursuant to L. Civ. R. 6.1(b). Good cause exists for additional time because Plaintiff's complaint names multiple Defendants. Defendants Vitamin Shoppe, Inc. and Suppz Inc. were served on April 17, 2015. Defendants Lockout Supplements, D.P.S. Nutrition, Inc., Purus Labs, Inc., John's Lone Star Distribution, Inc., and SupplementWarehouse.com, Inc. were served on April 20, 2015. All Defendants, including those that were not formally served, have retained the law firm of Goldberg Segalla LLP as counsel in this matter. Goldberg Segalla LLP has accepted service on behalf of all of the Defendants that were not formally served (Prosource Performance Products; Netrition, Inc.; Supplement Central; I'llpumpyouup.com; A1 Supplements, Inc.; World Class Nutrition; All Star Health; Muscle & Strength, LLC; I-Supplements.com; E-Vitamins; TF Supplements; Fitrx.com, Inc.; Vitacost.com; Nutra Health Supply; and Planetary Nutrition). By their counsel, all Defendants have agreed to respond to Plaintiff's complaint by June 2, 2015. This extension of time will allow all Defendants to respond to the complaint on the same date.

Dated: April 30, 2015

| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>Attorneys for Plaintiff | **GOLDBERG SEGALLA LLP**<br>Attorneys for Defendants |
| By: _s/ Lesley M. Grossberg_<br>Lesley McCall Grossberg, Esq. | By: _s/ Daniel Ian Mee_<br>Daniel Ian Mee, Esq. |

**IT IS SO ORDERED.**

DATED, this ___ day of May 2015.

_____
HONORABLE LOIS H. GOODMAN, U.S.M.J.